UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MSR MEDIA SKN LTD., MSR
HOTELS & CO. LTD., MSR
MEDIA INTERNATIONAL LLC,
and PHILIPPE MARTINEZ,

    Plaintiffs,

Case No: 8:24-cv-01248-KKM-AAS

LESLIE KHAN, CARIBBEAN
GALAXY REAL ESTATE CORP.,
CARIBBEAN GALAXY REAL
ESTATE LTD., YING JIN,
TIMOTHY HARRIS, DENZIL
DOUGLAS, CARIB TRUST LTD.,
FARON LAWRENCE, ST. KITTS-
NEVIS-ANGUILLA NATIONAL
BANK LTD., and MC CLAUDE
EMMANUEL,

    Defendants.

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

 I hereby disclose the following pursuant to this Court's interested persons order:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other

identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

- Philippe Martinez;
- MSR Media SKN Limited, which is owned by the following entities:
    - 77.5% is owned by MSR Media America LLC, which is wholly owned by Philippe Martinez; and
    - 22.5% is owned by Cerulean Ventures Limited, of which 50% is owned by Gary Raskin and 50% is owned by Alastair Burlingham.
- MSR Hotels & Co. Limited, which is owned by the following entities:
    - 51% is owned by Sun Pearl Holdings Limited, which is wholly owned by MSR Media America LLC, which is wholly owned by Philippe Martinez;

- 16.334% is owned by Cerulean Ventures Limited, of which 50% is owned by Gary Raskin and 50% is owned by Alastair Burlingham;
- 8.167% is owned by Optimal Consulting Group Limited, which is wholly owned by Charles Dombeck; and
- 24.5% is owned by Green Mandala Holdings Limited, which is wholly owned by Charles Dombeck.

- MSR Media International LLC, which is owned by the following entities and individuals:
  - 37.5% is owned by Martinez Heritage Holdings LLC, which is wholly owned by Philippe Martinez;
  - 25% is owned by Montaniel Holdings LLC, which is wholly owned by Lee Beasley;
  - 25% is owned by Karinne Estelle Behr; and
  - 12.5% is owned by Radiant Creative Solutions LLC, which is wholly owned by Megan Brown

   Martinez.

   - MSR Media America LLC, which is wholly owned by Philippe Martinez.

2. the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

   - None.

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   - None.

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

   - Philippe Martinez;
   - MSR Media SKN Limited and its owners, as named above;
   - MSR Hotels & Co. Limited and its owners, as named

above;

- MSR Media International LLC and its owners, as named above; and

- MSR Media America LLC and its owner, as named above.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 7th day of June, 2024.

/s/ Lisandra Ortiz
Lisandra Ortiz (Bar No. 112108)
   *Lead Counsel*
Laura Ferguson (*pro hac vice*)
William P. Barry (*pro hac vice*)
Alexandra S. Prime (*pro hac vice*)
Brittany Huamani (*pro hac vice*)
MILLER & CHEVALIER CHARTERED
900 16th Street, NW
Washington, DC 20006
Phone: (202) 626-5800
Fax: (202) 626-5801
Email: lortiz@milchev.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, a true and correct copy of the foregoing was filed via CM/ECF and will be served in accordance with Rule 4 of the Federal Rules of Civil Procedure.

                                          /s/ Lisandra Ortiz
                                    Lisandra Ortiz (Bar No. 112108)