UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MSR MEDIA SKN LTD., et al.

      Plaintiffs,

                                    Case No: 8:24-cv-01248-KKM-AAS

LESLIE KHAN, et al.,

      Defendants.

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiffs, hereby request that the Clerk dispatch for mailing a copy of the summons and complaint to the defendant:

Carib Trust Limited
Unit 12, Horsford Shopping Mall
Wellington Road
Basseterre, St. Kitts and Nevis

via DHL, pursuant to the provisions of Fed. R. Civ. P. 4(f)(2)(C)(ii) and 4(h)(2).

I have contacted the Overseas Citizens Services, U.S. Department of State through its website and confirmed that no treaty or applicable international convention governing service of judicial documents between the United States and Saint Kitts and Nevis is in effect or applicable.

Based upon the foregoing, I certify that service of process pursuant to the provisions of Fed. R. Civ. P. 4(f)(2)(C)(ii) and 4(h)(2) is the appropriate

method of service of process upon Defendant Carib Trust Limited.

| | |
|---|---|
| Date: June 26, 2024 | /s/ Lisandra Ortiz |
| | Lisandra Ortiz (Bar No. 112108) |
| | *Lead Counsel* |
| | Laura Ferguson (*pro hac vice*) |
| | William P. Barry (*pro hac vice*) |
| | Alexandra S. Prime (*pro hac vice*) |
| | Brittany Huamani (*pro hac vice*) |
| | MILLER & CHEVALIER CHARTERED |
| | 900 16th Street, NW |
| | Washington, DC 20006 |
| | Phone: (202) 626-5800 |
| | Fax: (202) 626-5801 |
| | Email: lortiz@milchev.com |

*Attorneys for Plaintiffs*