UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MSR MEDIA SKN LTD., et al.,

    Plaintiffs,

v.                                                     Case No. 8:24-cv-01248-KKM-AAS

LESLIE KHAN, et al.,

    Defendants.
_____

## ORDER

The plaintiffs move for an order directing the clerk to dispatch copies of the summons and the complaint to three foreign defendants under Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2). (Docs. 25–27). They request the same relief with respect to a fourth foreign defendant that is subject to the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C. § 1608(b)(3)(B). (Doc. 28). The plaintiffs have filed affidavits supporting their requests and stating that "no treaty or applicable international convention governing service of judicial documents between the United States and [the foreign jurisdictions] is in effect or applicable." *E.g.*, (Doc. 25) at 1. With respect to the defendant subject to the FSIA, the plaintiffs have also attached a letter stating that service cannot be made under 28 U.S.C. § 1608(b)(1), (b)(2). (Doc. 28-1).

The motions are **GRANTED**. For each of the four foreign defendants, the plaintiffs must provide the clerk's office with a copy of the summons and the complaint, together with the correctly addressed postage label. For the defendant subject to the FSIA, the plaintiffs should also include "a translation of [the summons and the complaint] into the official language of the foreign state." 28 U.S.C. 1608(b)(3). On receipt of these materials, the clerk is **DIRECTED** to mail the documents.

**ORDERED** in Tampa, Florida, on July 9, 2024.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE[*]

---

[*] Signed by Judge Steven D. Merryday to expedite the resolution of this motion. This case remains assigned to Judge Kathryn Kimball Mizelle.