# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MSR MEDIA SKN LTD., MSR HOTELS & CO. LTD., MSR MEDIA INTERNATIONAL LLC, And PHILIPPE MARTINEZ,

    Plaintiffs,

v.                                                                 Case No. 8:24-cv-1248-KKM-AAS

LESLIE KHAN, CARIBBEAN GALAXY REAL ESTATE CORP. CARIBBEAN GALAXY REAL ESTATE LTD., YING JIN, TIMOTHY HARRIS, DENZIL DOUGLAS, CARIB TRUST LTD., FARON LAWRENCE, ST. KITTS-NEVIS-ANGUILLA NATIONAL BANK LTD., and MC CLAUDE EMMANUEL,

    Defendant.

_____

## DEFENDANT MC CLAUDE EMMANUEL'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

- MC Claude Emmanuel (defendant)
- MSR Media SKN Ltd. (plaintiff)

- MSR Hotels & Co. Ltd. (plaintiff)
- MSR Media International LLC (plaintiff)
- Philippe Martinez (plaintiff)
- Timothy Harris (defendant)
- Leslie Khan (defendant)
- Caribbean Galaxy Real Estate Corporation (defendant)
- Ying Jin (defendant)
- Denzil Douglas (defendant)
- Carib Trust Limited (defendant)
- Faron Lawrence (defendant)
- St. Kitts-Nevis-Anguilla National Bank Limited (defendant)
- Miller & Chevalier Chartered (counsel for Plaintiffs)
- Duane Morris LLP (counsel for Harris and Emmanuel)
- Sidley Austin LLP (counsel for Douglas)
- Seward & Kissel LLP (counsel for Carib Trust Limited and Lawrence)

2.)   the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:
- None at this time.

3.)   the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:
- None at this time.

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:
- MSR Media SKN Ltd.
- MSR Hotels & Co Ltd.
- MSR Media International LLC
- Philippe Martinez

      I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

July 15, 2024

                                      Respectfully submitted,

                                      */s/ Anoosheh A. Shaikh*
                                      Anoosheh A. Shaikh, Esq.
                                      Florida Bar No. 1039830
                                      AShaikh@duanemorris.com
                                      BCastillo@duanemorris.com
                                      DUANE MORRIS LLP
                                      201 South Biscayne Boulevard
                                      Suite 3400
                                      Miami, Florida 33131
                                      Tel: (305) 960-2200
                                      Fax: (305) 960-2201

                                      Eric R. Breslin (admitted *pro hac vice*)
                                      ERBreslin@duanemorris.com
                                      Melissa S. Geller (admitted *pro hac vice*)
                                      MSGeller@duanemorris.com
                                      DUANE MORRIS LLP
                                      1540 Broadway
                                      New York, NY 10036-4086
                                      Tel: (212) 212-692-1000

                                      *Counsel for Defendants MC Claude*
                                      *Emmanuel and Timothy Harris*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served this 15th day of July, 2024 by electronic service using CM/ECF on all counsel who have filed a notice of appearance in this action.

/s/ *Anoosheh A. Shaikh*
Anoosheh A. Shaikh