**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MSR MEDIA SKN LTD., MSR HOTELS & CO. LTD., MSR MEDIA INTERNATIONAL LLC, And PHILIPPE MARTINEZ,

    *Plaintiffs,*

v.                                           Case No. 8:24-cv-1248-KKM-AAS

LESLIE KHAN, CARIBBEAN GALAXY REAL ESTATE CORP. CARIBBEAN GALAXY REAL ESTATE LTD., YING JIN, TIMOTHY HARRIS, DENZIL DOUGLAS, CARIB TRUST LTD., FARON LAWRENCE, ST. KITTS-NEVIS- ANGUILLA NATIONAL BANK LTD., and MC CLAUDE EMMANUEL,

    *Defendants.*

---

**DEFENDANT HON. DENZIL DOUGLAS'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

- Hon. Denzil Douglas (defendant)
- Sidley Austin LLP (counsel for Douglas)

2.) the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

- None at this time.

3.) the name of every other entity which is likely to be an active participant in the

proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None at this time.

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

- None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated:  July 22, 2024

Respectfully submitted,

/s/ Christopher D. Joyce
Christopher D. Joyce, Esq.
Florida Bar No. 1039830
cjoyce@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Tel: (305) 391-5100

Frank R. Volpe, Esq.*
fvolpe@sidley.com
Kenneth A. Polite, Jr., Esq.*
kenneth.polite@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8000

*Counsel for Defendant, Hon. Denzil Douglas*

*Admitted Pro Hac Vice

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served on July 22, 2024, by electronic service using CM/ECF on all counsel who have filed a notice of appearance in this action.

*/s/ Christopher D. Joyce*
Christopher D. Joyce