# Exhibit 1

(Section 194 (1) and (2))

## ANNUAL RETURN OF A COMPANY FOR PROFIT INCORPORATED OR CONTINUED UNDER THE ACT

1. Name of Company

   CARIBBEAN GALAXY REAL ESTATE LTD.

2. Company No.

   C033/2018




3. Address of Registered Office

   TaylorMarc Court, Rodney Bay, Gros Islet

4. (a)  Return made from 1st day of January, 2023 to 31st day of December, 2023

| 4 (b)  Share capital | | | Issued by Company in the last financial period | | Purchased/redeemed by Company in the last financial period | |
|---|---|---|---|---|---|---|
| Class of Shares | Number Issued and outstanding | Amount of stated capital | Number of Shares | Amount of stated capital | Number of Shares | Reduction of stated capital |
| ORDINARY | 100 | $100 | None | None | None | None |
| | | | | | | |
| | | | | | | |

5.  AUTHORISED SHARE CAPITAL, IF ANY

   Class of Shares                                  Number of Shares in each Class

   1.  <u>Ordinary</u>                                  <u>Unlimited</u>

*Presented for filing by: TM ANTOINE PARTNERS, Chambers, TaylorMarc Court, Rodney Bay, Gros Islet*
*Tel. 453-2000     Email: lawyers@tmantoinelaw.com*

6. List of persons holding shares in the company on the **31st** day of **December 2023** and of persons who have held shares at any time since the date of the last return or, in case of the first return, of the incorporation or continuance of the company, showing their names and addresses and an account of the shares so held.

| Shareholder Information | | | Beneficial owner information | | | Amount of shares | | Remarks |
|---|---|---|---|---|---|---|---|---|
| Name | Nationality | Address/ Registered Office | Name | Nationality | Address/ Registered Office | Class of shares and number held at date of return | Particulars of shares transferred since the date of the last return or in the case of the first return of the company or its continuance by – (a) persons who are still members; and (b) persons who are ceased to be members | |
| | | | | | | Number | Date of registration of transfer | |
| | | | | | | (a) shareholder (b) beneficial owner | (a) (b) | |
| Caribbean Galaxy Holdings Ltd. IBC No. 2018-00017 | St. Lucian | P. O. Box GM1004, Castries, Saint Lucia | - | - | - | (a) shareholder 100 ORDINARY SHARES (b) beneficial owner Nil | - | - |

7. Total amount of the indebtedness of the Company in respect of all mortgages and charges of the Kind which are required to be registered with the Registrar under Section 250 of the Companies Act, Cap 13.01, **$Nil.**

*Presented for filing by: TM ANTOINE PARTNERS, Chambers, TaylorMarc Court, Rodney Bay, Gros Islet  
Tel. 453-2000       Email: lawyers@tmantoinelaw.com*

8. The director(s) of the Company as of the date of the Annual return is/are:

| NAME | ADDRESS | OCCUPATION | NATIONALITY | DATE OF APPOINTMENT |
|---|---|---|---|---|
| Ying Jin | P.O. Box BW 357, Rodney Bay, Gros Islet, Saint Lucia | Businesswoman | Kittitian | 14th February 2018 |

9. The Secretary or Assistant Secretary(ies) of the Company as of the date of the Annual Return is/are:

| NAME | Mailing Address | Status/Occupation | Nationality | Date of Appointment |
|---|---|---|---|---|
| BESPOKE PROFESSIONAL SERVICES LIMITED | P.O. BOX GM1004 CASTRIES SAINT LUCIA | CORPORATE SECRETARY | St. Lucian | 10th January, 2023 |

10.

### CERTIFICATE

I hereby certify that the contents of this Return are correct.

| Date | Name and Title | Signature |
|---|---|---|
| 29/01/24 | THEODORA FLORIUS BESPOKE PROFESSIONAL SERVICES LIMITED **CORPORATE SECRETARY** | *(signed)* |