# Exhibit 6

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Ying Jin

was received by me on *(date)*    July 30, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because my investigations revealed that Ying Jin is not presently in St. Kitts and Nevis and it is not known when or if she will return ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date:    August 1, 2024 _____

_____
Server's signature

Andrew Liburd
_____
*Printed name and title*
Senior Bailiff of the Saint Christopher (St. Kitts) Circuit of the Eastern Caribbean Supreme Court

Wellington Road, Basseterre, St. Kitts
_____
*Server's address*

Additional information regarding attempted service, etc: