# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

MSR MEDIA SKN LTD., MSR HOTELS & CO. LTD., MSR MEDIA INTERNATIONAL LLC, and PHILIPPE MARTINEZ,

    Plaintiffs,

  – against –

LESLIE KHAN, CARIBBEAN GALAXY REAL ESTATE CORP., CARIBBEAN GALAXY REAL ESTATE LTD., YING JIN, TIMOTHY HARRIS, DENZIL DOUGLAS, CARIB TRUST LTD., FARON LAWRENCE, ST. KITTS-NEVIS-ANGUILLA NATIONAL BANK LTD., and MCCLAUDE EMMANUEL,

    Defendants.

Case No. 8:24-cv-01248-KKM-AAS

## DEFENDANTS CARIBBEAN GALAXY REAL ESTATE CORPORATION, CARIBBEAN GALAXY REAL ESTATE LIMITED, AND YING JIN'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants Caribbean Galaxy Real Estate Corporation ("Caribbean Galaxy Corp."), Caribbean Galaxy Real Estate Ltd. ("Caribbean Galaxy Ltd."), and Ying Jin hereby disclose the following pursuant to this Court's interested persons order, and Federal Rule of Civil Procedure 7.1 and Local Rule 3.03:

1. Ms. Jin is not a non-governmental corporate party or non-governmental corporation moving to intervene.

2. Caribbean Galaxy Real Estate Corporation is a non-governmental corporation without a parent corporation.

3.    Caribbean Galaxy Real Estate Ltd. is a non-governmental corporation. To its knowledge, no publicly held corporation owns 10 percent or more of its shares. Its parent corporation is Caribbean Galaxy Holdings Ltd.

4.    The Court's jurisdiction is not based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(a), (d).

5.    The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any part in the case:

- MSR Hotels & Co. Ltd. (plaintiff)

- MSR Media International LLC (plaintiff)

- Philippe Martinez (plaintiff)

- MC Claude Emmanuel (defendant)

- Leslie Khan (defendant)

- Caribbean Galaxy Real Estate Corporation (defendant)

- Ying Jin (defendant)

- Denzil Douglas (defendant)

- Carib Trust Limited (defendant)

- Faron Lawrence (defendant)

- St. Kitts-Nevis-Anguilla National Bank Limited (defendant)

- Timothy Harrison (defendant)

- Miller & Chevalier Chartered (counsel for Plaintiffs)

- Duane Morris LLP (counsel for Harris and Emmanuel)

- Sidley Austin LLP (counsel for Douglas)

2

- Seward & Kissel LLP (counsel for Carib Trust Limited and Lawrence)

- Quinn Emanuel Urquhart & Sullivan, LLP (counsel for Caribbean Galaxy entities and Ying Jin)

- Yanchun Wang

- Caribbean Galaxy Holdings Ltd.

6.     The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

- None at this time.

7.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None at this time.

8.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

- MSR Media SKN Ltd.

- MSR Hotels & Co Ltd.

- MSR Media International LLC

- Philippe Martinez

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing or learning of any such conflict.

Dated: September 13, 2024

Respectfully submitted,

/s/  *Samuel G. Williamson*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Olga M. Vieira (Fla. Bar No. 29783)
Samuel G. Williamson (Fla. Bar No. 1033817)
David A. Nabors (Fla. Bar No. 102477)
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
samwilliamson@quinnemanuel.com
olgavieira@quinnemanuel.com
davidnabors@quinnemanuel.com

Ryan Landes (*pro hac vice* application forthcoming)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
ryanlandes@quinnemanuel.com

Tracy Gao (*pro hac vice* application forthcoming)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
tracygao@quinnemanuel.com

*Attorneys for Defendants Caribbean Galaxy Real Estate Corporation, Caribbean Galaxy Real Estate Limited, and Ying Jin*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on September 13, 2024, by electronic service using CM/ECF on all counsel who have filed a notice of appearance in this action.

<u>/s/ *Samuel G. Williamson*      </u>
Samuel G. Williamson
(Fla. Bar No. 1033817)