IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MSR MEDIA SKN LTD., MSR HOTELS & CO. LTD., MSR MEDIA INTERNATIONAL LLC, and PHILIPPE MARTINEZ,<br><br>     Plaintiffs,<br><br>v.<br><br>LESLIE KHAN, CARIBBEAN GALAXY REAL ESTATE CORP., CARIBBEAN GALAXY REAL ESTATE LTD., YING JIN, TIMOTHY HARRIS, DENZIL DOUGLAS, CARIB TRUST LTD., FARON LAWRENCE, ST. KITTS-NEVIS-ANGUILLA NATIONAL BANK LTD., and MC CLAUDE EMMANUEL,<br><br>     Defendants. | Case No. 8:24-cv-01248-KKM-AAS |

## DECLARATION OF MICHELE THOMAS IN SUPPORT OF DEFENDANT ST. KITTS-NEVIS-ANGUILLA NATIONAL BANK LTD.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

I, Michele Thomas, declare as follows:

  1.  I am currently Manager, Express Banking Center and Branch Coordinator for St. Kitts-Nevis-Anguilla National Bank Ltd. ("National Bank"), and I work and reside in the Federation of St. Kitts and Nevis. I formerly served as Manager of International Business for National Bank. In my capacity as Manager,

I am familiar with the corporate structure of National Bank and the business it conducts. This declaration is based on my personal knowledge.

2. The following information is true to the best of my knowledge for the entire relevant time period covered in the Complaint and presently.

3. National Bank is a public limited company incorporated under the laws of St. Kitts and Nevis, maintains its registered address at Central Street, Basseterre, St. Kitts, and is headquartered in St. Kitts.

4. The Federation of St. Kitts and Nevis (the "Government") directly owns 51% of the ordinary shares of National Bank.

5. National Bank does not maintain any branch, office, place of business, or mailing address in the United States.

6. National Bank does not own, use, or possess any real property in the United States.

7. While National Bank has, pursuant to 31 U.S.C. § 5318, appointed an agent for the limited purpose of accepting service of subpoenas issued by the U.S. Attorney General or the Secretary of the Treasury regarding correspondent banking records, National Bank does not employ any officers, employees, agents, or other representatives in the United States for the purpose of transacting business there.

8. National Bank is regulated by the Eastern Caribbean Central Bank. National Bank is not licensed or registered to offer its banking services in the United States and does not provide such banking services anywhere in the United States.

9. National Bank maintains correspondent bank accounts in Canada, the United States and the United Kingdom that are capable of processing incoming U.S. dollar wire transfers.

10. National Bank does not specifically direct any advertisements concerning its banking services towards the United States.

11. National Bank does not have any subsidiaries in the United States.

12. National Bank does not maintain any branch, office, place of business, or mailing address in St. Lucia. National Bank is not licensed or registered to offer its banking services in St. Lucia and does not provide such banking services anywhere in St. Lucia.

\* \* \* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of October 2024,

BASSETERRE, ST. KITTS

Place of Execution

_____

Signature