# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MSR MEDIA SKN LTD., MSR HOTELS & CO. LTD., MSR MEDIA INTERNATIONAL LLC, and PHILIPPE MARTINEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>LESLIE KHAN, CARIBBEAN GALAXY REAL ESTATE CORP., CARIBBEAN GALAXY REAL ESTATE LTD., YING JIN, TIMOTHY HARRIS, DENZIL DOUGLAS, CARIB TRUST LTD., FARON LAWRENCE, ST. KITTS-NEVIS-ANGUILLA NATIONAL BANK LTD., and MC CLAUDE EMMANUEL,<br><br>    Defendants. | Case No. 8:24-cv-01248-KKM-AAS |

### DECLARATION OF NATASCHA BORN IN SUPPORT OF DEFENDANT ST. KITTS-NEVIS-ANGUILLA NATIONAL BANK LTD.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

I, Natascha Born, declare as follows:

  1.  I am an attorney at the law firm Debevoise & Plimpton LLP, counsel for Defendant St. Kitts-Nevis-Anguilla National Bank Ltd. I am duly authorized to appear *pro hac vice* before this Court.

2. I submit this declaration on personal knowledge and on the record of this litigation, in support of Defendant St. Kitts-Nevis-Anguilla National Bank Ltd.'s Motion to Dismiss Plaintiffs' Complaint.

3. Attached hereto as Defendant's Exhibit 1 is a true and correct copy of Saint Christopher and Nevis Citizenship by Investment (Amendment) Regulations 2021, Stat. R&O 8 (St. Kitts & Nevis), as cited in the Complaint at paragraph 56. This regulation can also be accessed at https://lawcommission.gov.kn/wp-content/documents/Annual-Laws/2021/SROs/SRO-8-of-2021-Saint-Christopher-and-Nevis-Citizenship-by-Investment-Amendment-Regulations-2021.pdf.

4. Attached hereto as Defendant's Exhibit 2 is a true and correct copy of MSR Media SKN Limited's complaint filed in the St. Christopher and Nevis High Court of Justice, St. Christopher Circuit (Claim No. SKBHCV2024/0087), as referenced in the Complaint at paragraph 3, n.2. This document was obtained from the High Court of Justice pursuant to Eastern Caribbean Supreme Court Civil Procedure Rule 3.13.

5. Attached hereto as Defendant's Exhibit 3 is a true and correct copy of Common Law (Declaration of Application) Act, Cap. 3.05 (2009 Revised Edition of the Laws of St. Kitts and Nevis). This law can also be accessed at https://lawcommission.gov.kn/wp-content/documents/Act02and09TOC/Ch-03_05-Common-Law-Declaration-of-Application-Act.pdf.

6. Attached hereto as Defendant's Exhibit 4 is a true and correct copy of the decision of the England and Wales Court of Appeal in *Kawasaki Kisen Kaisha Ltd*

*v. James Kemball Limited*, [2021] EWCA Civ 33; [2021] 3 All ER. This case can also be accessed at https://www.bailii.org/ew/cases/EWCA/Civ/2021/33.html.

7. Attached hereto as <u>Defendant's Exhibit 5</u> is a true and correct copy of the decision of the House of Lords in *OBG Ltd v Allan*, [2007] UKHL 21; [2008] 1 A.C. 1. This case can also be accessed at https://www.bailii.org/uk/cases/UKHL/2007/21.html.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on this 11th day of October 2024.

*/s/ Natascha Born*

Natascha Born