# Ex. 3

Case 8:24-cv-01248-KKM-AAS   Document 106-5   Filed 10/11/24   Page 2 of 4 PageID 550

LAWS OF SAINT CHRISTOPHER AND NEVIS | *Common Law (Declaration of Application) Act* | **CAP. 3.05** | 1
Revision Date: **31 Dec 2002**



# ST. CHRISTOPHER AND NEVIS

## CHAPTER 3.05

## COMMON LAW (DECLARATION OF APPLICATION) ACT

**Revised Edition**
showing the law as at 31 December 2002

This is a revised edition of the law, prepared by the Law Revision Commissioner under the authority of the Law Revision Act, No. 9 of 1986.

This edition contains a consolidation of the following laws—

|  | Page |
|---|---|
| **COMMON LAW (DECLARATION OF APPLICATION) ACT** | 3 |
|    **Act 2 of 1887** … in force 5th March 1887 | |

Prepared under Authority by
The Regional Law Revision Centre Inc.
ANGUILLA

Case 8:24-cv-01248-KKM-AAS   Document 106-5   Filed 10/11/24   Page 4 of 4 PageID 552

LAWS OF SAINT CHRISTOPHER AND NEVIS   Common Law (Declaration of Application) Act   CAP. 3.05   3
Revision Date: **31 Dec 2002**

# CHAPTER 3.05

# COMMON LAW (DECLARATION OF APPLICATION) ACT

ARRANGEMENT OF SECTIONS

1. Short title
2. Application of Common Law of England

---

# CHAPTER 3.05

# COMMON LAW (DECLARATION OF APPLICATION) ACT

AN ACT TO PREVENT TEDIOUS AND CHARGEABLE LAW SUITS, AND TO DECLARE THE RIGHTS OF PARTICULAR TENANTS.

**Short title.**

**1.**     This Act may be cited as the Common Law (Declaration of Application) Act.

**Application of Common Law of England.**

**2.**     The Common Law of England, as far as it stands unaltered by any written Laws of Saint Christopher and Nevis, or some of them, confirmed by Your Majesty, or some of your Royal Predecessors in Council, or by some Act or Acts of Parliament of the Kingdom of England, extending to Saint Christopher and Nevis, is in force in Saint Christopher and Nevis, and is the certain Rule whereby the Rights and Properties of your Majesty's good Subjects inhabiting Saint Christopher and Nevis, are and ought to be determined; and that all Customs or pretended Customs, or Usages, contradictory thereunto, are illegal, null, and void.

---