# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MSR MEDIA SKN LTD., MSR HOTELS & CO. LTD., MSR MEDIA INTERNATIONAL LLC, and PHILIPPE MARTINEZ,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>LESLIE KHAN, CARIBBEAN GALAXY REAL ESTATE CORP., CARIBBEAN GALAXY REAL ESTATE LTD., YING JIN, TIMOTHY HARRIS, DENZIL DOUGLAS, CARIB TRUST LTD., FARON LAWRENCE, ST. KITTS-NEVIS-ANGUILLA NATIONAL BANK LTD., and MC CLAUDE EMMANUEL,<br><br>　　　　　　　Defendants. | Case No. 8:24-cv-01248-KKM-AAS |

## REQUEST FOR ORAL ARGUMENT

Defendant St. Kitts-Nevis-Anguilla National Bank Ltd. ("National Bank"), pursuant to Local Rule 3.01(h), hereby requests oral argument on its Motion to Dismiss Plaintiffs' Complaint. National Bank estimates that a total of forty minutes will be required for oral argument on the Motion.

Dated: October 11, 2024

William J. Schifino, Jr., Esq.
Justin P. Bennett, Esq.
Gregory L. Pierson, Esq.
GUNSTER, YOAKLEY & STEWART P.A.
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
(813) 228-9080

/s/ *William H. Taft V*

William H. Taft V, Esq. (*pro hac vice*)
Natascha Born, Esq. (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
212-909-6000

*Attorneys for Defendant St. Kitts-Nevis-Anguilla National Bank Ltd.*