UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MSR MEDIA SKN LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LESLIE KHAN, *et al.*, <br><br> Defendants. | Case No. 8:24-cv-01248-KKM-AAS |

NOTICE OF FILING DECLARATIONS
IN SUPPORT OF DEFENDANTS' JOINT MOTIONS TO DISMISS

Defendants Caribbean Galaxy Real Estate Corp., Caribbean Galaxy Real Estate Ltd., Ying Jin, Dr. Timothy Harris, the Rt. Hon. Dr. Denzil Douglas, CaribTrust Ltd., Faron Lawrence, and MC Claude Emmanuel file the following materials in support of their Joint Motions to Dismiss Plaintiffs' Complaint based on Jurisdictional and Forum Issues:[1]

1. Declaration of Midge Morton

2. Declaration of Dr. Timothy Harris

3. Declaration of Dr. Denzil Douglas

---

[1] The parties to the joint motions to dismiss Plaintiffs' Complaint, each represented by independent counsel on behalf of only their respective clients, file these motions jointly pursuant to the Court's Order (Doc. 105) directing such "joint" filings. No inference should be drawn from these joint motions concerning the Defendants' positional alignment, cooperation, or agreement for any purpose other than to comply with the Court's Order. Each moving party remains independent and, but for the Court's Order, would have separately moved for the requested relief. Defendants Leslie Khan and St. Kitts-Nevis-Anguilla National Bank Ltd. do not join these motions because Plaintiffs have not yet served Khan and because the National Bank filed a separate motion to dismiss (Doc. 106).

4.   Declaration of Jacqueline Lawrence

5.   Declaration of Faron Lawrence

6.   Declaration of MC Claude Emmanuel

(Signatures of Counsel Appear on the Following Pages)

Dated: November 1, 2024                           Respectfully submitted,

By: /s/ *Christopher Joyce*
Frank Robert Volpe (*pro hac vice*)
fvolpe@sidley.com
Kenneth A. Polite, Jr. (*pro hac vice*)
kpolite@sidley.com
**SIDLEY AUSTIN LLP**
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000

Christopher Joyce (FBN 1020006)
cjoyce@sidley.com
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive
Suite 900
Miami, Florida 33131
Telephone: (305) 391-5216

*Attorneys for Defendant Rt. Hon. Dr. Denzil Douglas*

By: /s/ *Melissa S. Geller*
Eric R. Breslin (admitted *pro hac vice*)
erbreslin@duanemorris.com
**DUANE MORRIS LLP**
200 Campus Drive, Suite 300
Florham Park, New Jersey 07932
(973) 424-2000

Melissa S. Geller (admitted *pro hac vice*)
msgeller@duanemorris.com
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000

Anoosheh A. Shaikh (FBN 1039830)
ashaikh@duanemorris.com
**DUANE MORRIS LLP**
201 South Biscayne Boulevard, Ste 3400
Miami, Florida 33131
Telephone: (305) 960-2200

*Attorneys for Defendant Timothy Harris and MC Claude Emmanuel*

By: */s/ Samuel G. Williamson*
Samuel G. Williamson (FBN 1033817)
samwilliamson@quinnemanuel.com
Olga M. Vieira (FBN 29783)
olgavieira@quinnemanuel.com
David A. Nabors (FBN 102477)
davidnabors@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975

Ryan Landes (admitted *pro hac vice*)
ryanlandes@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Tracy Gao (admitted *pro hac vice*)
tracygao@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendants Caribbean Galaxy Real Estate Corporation, Caribbean Galaxy Real Estate Limited, and Ying Jin*

By: /s/ *Jaimie Nawaday*
Jaimie Nawaday, Esq. (*pro hac vice*)
Jack Yoskowitz, Esq. (*pro hac vice*)
Malavika A. Rao, Esq. (*pro hac vice*)
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
(212) 574-1215
nawaday@sewkis.com
yoskowitz@sewkis.com
rao@sewkis.com

Richard S. Geller (FBN 106940)
rgeller@fishbacklaw.com
**FISHBACK DOMINICK**
1947 Lee Rd.
Winter Park, Florida 32789
Telephone: (407) 262-8400

*Attorneys for Defendants CaribTrust Ltd. and Faron Lawrence*

## CERTIFICATE OF SERVICE

I certify that on November 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Christopher Joyce*
Attorney