UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MSR MEDIA SKN LTD., MSR
HOTELS & CO. LTD., MSR
MEDIA INTERNATIONAL LLC,
and PHILIPPE MARTINEZ,

CASE NO.: 8:24-cv-01248-KKM-AAS

Plaintiffs,

vs.

LESLIE KHAN, CARIBBEAN
GALAXY REAL ESTATE CORP.
CARIBBEAN GALAXY REAL ESTATE
LTD., YING JIN, TIMOTHY HARRIS,
DENZIL DOUGLAS, CARIB TRUST LTD.,
FARON LAWRENCE, ST. KITTS-NEVIS-
ANGUILLA NATIONAL BANK LTD.,
and MC CLAUDE EMMANUEL,

Defendants.
_____/

## DECLARATION OF TIMOTHY HARRIS IN SUPPORT OF HARRIS' MOTION TO DISMISS

I, TIMOTHY HARRIS, declare as follows in lieu of an affidavit as permitted by 28 U.S.C. § 1746:

1. I am over eighteen years of age and of sound mind. I submit this declaration in support of my Motion to Dismiss. I have personal knowledge of the facts below and could testify to them if called as a witness.

2. I am a citizen and resident of St. Kitts and Nevis, an island nation in the Caribbean. St. Kitts and Nevis is an independent sovereign state, member of the British Commonwealth and operates under a Parliamentary System of Government.

3. I do not, and have never, maintained bank accounts in the United States.

4. I served as the Prime Minister of St. Kitts and Nevis from 2015 to August 2022. As Prime Minister, I served as the Chair of the Cabinet of Ministers and held substantial executive authority.

5. As Prime Minister, I lacked any authority to initiate prosecutions. That authority rests in the sole discretion of the Director of Public Prosecution.

6. St. Kitts and Nevis operates a Citizenship by Investment ("CBI") program, through which the country grants citizenship and a passport to qualifying applicants who invest in the country.

7. The Cabinet has ultimate authority over the operations of the CBI program. The Cabinet must approve all allocations of CBI shares to every approved developer.

8. The CBI program gets very little attention from American investors and has attracted only a few American citizens since its inception in 1984. An American passport provides entry to nearly every country in the world and its

residents enjoy a democratic government and the rule of law that is enforced and respected. Americans get no major benefit in securing a citizenship in St. Kitts and Nevis, which is attractive for its widely recognized passport, democratic government, and judicial system. Consequently, we do not actively promote the CBI program to investors in the United States. The primary markets for the program are China, the Middle East, and Nigeria.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of October, 2024

_Timothy Harris_
TIMOTHY HARRIS