UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MSR MEDIA SKN LTD., MSR HOTELS & CO. LTD., MSR MEDIA INTERNATIONAL LLC, and PHILIPPE MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE KHAN, CARIBBEAN GALAXY REAL ESTATE CORP., CARIBBEAN GALAXY REAL ESTATE LTD., YING JIN, TIMOTHY HARRIS, DENZIL DOUGLAS, CARIB TRUST LTD., FARON LAWRENCE, ST. KITTS-NEVIS-ANGUILLA NATIONAL BANK LTD., and MC CLAUDE EMMANUEL,<br><br>Defendants. | Case No. 8:24-cv-01248-KKM-AAS |

## DR. DENZIL DOUGLAS' AFFIDAVIT
## IN SUPPORT OF HIS MOTION TO DISMISS

I, The Right Hon. Dr. Denzil Llewellyn Douglas, MB, BS, hereby depose and state as follows:

1. I am a citizen of Saint Kitts and Nevis, a sovereign dual-island nation located in the West Indies.

2. I am a life-long resident of Saint Kitts and Nevis.

3. I am currently the Minister of Foreign Affairs within the Federal Government of Saint Kitts and Nevis. I have held this position since August 15, 2022.

4. From July 1995 to February 2015, I served as the Prime Minister for the Federation of Saint Kitts and Nevis.

5. The Prime Minister is the head of Government for the Federation of St. Kitts and Nevis.

6. After my term as Prime Minister concluded and until August 2022, I was the leader of the opposition in the Federal Parliament of Saint Kitts and Nevis.

7. I have never resided in the United States.

8. While I was the opposition leader, I made no trips to the United States.

9. I do not own property in the United States.

10. I have no bank accounts located in the United States.

11. I do not engage in or carry on any business venture in the United States nor do I maintain an office in Florida or elsewhere in the United States.

12. To the extent I have discussed the Saint Kitts and Nevis Citizenship by Investment Programme whilst in the United States, I have done so only in my official capacity on behalf of the Government of Saint Kitts and Nevis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of October, 2024.

_____
The Right Hon. Dr. Denzil Llewellyn Douglas, MB, BS