IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MSR MEDIA SKN LTD., MSR HOTELS & CO. LTD., MSR MEDIA INTERNATIONAL LLC, and PHILIPPE MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE KHAN, CARIBBEAN GALAXY REAL ESTATE CORP., CARIBBEAN GALAXY REAL ESTATE LTD., YING JIN, TIMOTHY HARRIS, DENZIL DOUGLAS, CARIB TRUST LTD., FARON LAWRENCE, ST. KITTS-NEVIS-ANGUILLA NATIONAL BANK LTD., and MC CLAUDE EMMANUEL,<br><br>Defendants. | No. 8:24-cv-01248<br><br>**DECLARATION OF JACQUELINE LAWRENCE** |

I, Jacqueline Lawrence, hereby declare as follows:

1. I am the Chief Executive Officer ("CEO") of CaribTrust Ltd. ("CaribTrust"), a Limited Liability Company registered and headquartered in St. Kitts and Nevis.

2. In my capacity as CEO, I am authorized to submit this declaration on behalf of CaribTrust, in further support of Defendants' Joint Motion to Dismiss Plaintiffs' Complaint Based on Jurisdictional and Forum Issues filed in the above-captioned action.

3. CaribTrust operates exclusively in St. Kitts and Nevis. Among certain limited trust and corporate services that it offers, CaribTrust provides escrow services for private transactions within St. Kitts and Nevis and acts as an escrow agent for real estate investments under the St. Kitts-Nevis Citizenship by Investment ("CBI") Program. In particular, as an escrow agent, CaribTrust will hold and disburse funds for parties in an escrow account in accordance with the specific conditions of the parties' escrow agreements.

4. In connection with the CBI Program, CaribTrust operates an escrow account maintained at the National Bank of St. Kitts and Nevis. To be clear, CaribTrust does not maintain any bank or escrow accounts in the United States.

5. CaribTrust does not own any real property in the United States.

6. CaribTrust does not hold any assets in the United States.

7. CaribTrust has not operated, conducted, or engaged in or carried on a business venture, or had an office or agency in the United States.

8. CaribTrust does not have any officers, employees, agents, or affiliates in the United States.

9. All of CaribTrust's employees reside in St. Kitts and Nevis.

10. CaribTrust employees have not traveled to the United States in relation to their work.

11. CaribTrust does not file taxes in the United States or Florida.

12. CaribTrust does not possess or maintain a license to do business in the

United States or Florida.

13. While CaribTrust maintains a website that is accessible to potential clients worldwide, the website contains no targeted advertising to solicit any clients in the United States.

14. To date, CaribTrust has not serviced any clients in the United States or generated any revenue from clients in the United States.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30th, 2024
in St. Kitts and Nevis

_____
Jacqueline Lawrence