UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MSR MEDIA SKN LTD., MSR
HOTELS & CO. LTD., MSR
MEDIA INTERNATIONAL LLC,
and PHILIPPE MARTINEZ,

CASE NO.: 8:24-cv-01248-KKM-AAS

Plaintiffs,

vs.

LESLIE KHAN, CARIBBEAN
GALAXY REAL ESTATE CORP.
CARIBBEAN GALAXY REAL ESTATE
LTD., YING JIN, TIMOTHY HARRIS,
DENZIL DOUGLAS, CARIB TRUST LTD.,
FARON LAWRENCE, ST. KITTS-NEVIS-
ANGUILLA NATIONAL BANK LTD., and
MC CLAUDE EMMANUEL,

Defendants.
_____/

## DECLARATION OF MC CLAUDE EMMANUEL IN SUPPORT OF MOTION TO DISMISS

I, MC Claude Emmanuel, declares as follows in lieu of an affidavit as permitted by 28 U.S.C. § 1746:

1. I am over eighteen years of age and of sound mind. I submit this declaration in support of my Motion to Dismiss. I have personal knowledge of the facts below and could testify to them if called as a witness.

2. I am a citizen and resident of Saint Lucia.

3. Saint Lucia is an independent sovereign state, is member of the British Commonwealth and operates on a Parliamentary system.

4.  I am the Chief Executive Officer of the Saint Lucia Citizenship by Investment Unit. I was appointed by the Citizenship by Investment Board in March 2022.

5.  The Citizenship by Investment Unit administers the Saint Lucia Citizenship by Investment Program. The Saint Lucia CIP provides a path to citizenship and a passport to qualified foreign nationals who invest in St. Lucia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of October, 2024

_____
MC Claude Emmanuel

2