UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MSR MEDIA SKN LTD., et al.

          Plaintiffs,

                                  Case No:  8:24-cv-1248-KKM-AAS

LESLIE KHAN, et al.,

          Defendants.

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE AMENDED COMPLAINT**

MSR Media SKN Ltd., MSR Hotels & Co. Ltd., MSR Media International LLC, and Philippe Martinez ("Plaintiffs") request a three-week extension to file an amended complaint.

Plaintiffs filed their complaint on May 23, 2024.  ECF No. 1.  Plaintiffs consented to and the Court endorsed a number of requests from Defendants to extend the time for filing their motions to dismiss.  *See* ECF No. 51 (granting defendant Timothy Harris's extension request, setting an August 9 deadline); ECF No. 70 (granting extension requests from St. Kitts-Nevis-Anguilla National Bank, Timothy Harris, Denzil Douglas, Carib Trust, Faron Lawrence, and Mc Claude Emmanuel, setting a September 16 deadline); ECF No 85 (same, setting an October 11 deadline); ECF No. 105 (extending motion to dismiss deadline to November 1).

1

On October 11, St. Kitts-Nevis-Anguilla National Bank filed its motion to dismiss. ECF No. 106. On November 1, the remaining Defendants except Leslie Khan, who has not yet been served, filed three separate motions to dismiss, as directed by the Court's October 16 order (ECF No. 109). *See* ECF Nos. 114, 115, 117. Collectively, the motions raised numerous defenses including immunity, lack of personal jurisdiction, forum non conveniens, and failure to state a claim. Pursuant to the Court's order of October 17, Plaintiffs' deadline for responding to the motions to dismiss or amending the complaint is November 22. ECF No. 111.

Plaintiffs intend to amend their complaint and seek a three-week extension (until December 13) to file the amended complaint. The motions to dismiss total approximately 120 pages and include several declarations and exhibits. Plaintiffs are carefully reviewing the motions to dismiss and are intending to streamline the complaint, including by eliminating certain claims and defendants, and to provide additional allegations to clarify certain key points. Because Plaintiffs' efforts will result in a more targeted, focused complaint with fewer defendants, it is in the interests of judicial economy for Plaintiffs to take the additional time to complete this streamlining process. Defendants will not be prejudiced by the delay.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion and issue a scheduling order setting December 13, 2024, as the deadline for Plaintiffs to file an amended complaint.

                                          Respectfully submitted,

Date:   November 14, 2024        /s/ Lisandra Ortiz
                                          Lisandra Ortiz (Bar No. 112108)
                                              *Lead Counsel*
                                          Laura Ferguson (pro hac vice)
                                          William P. Barry (pro hac vice)
                                          Alexandra S. Prime (pro hac vice)
                                          Brittany Huamani (pro hac vice)
                                          MILLER & CHEVALIER CHARTERED
                                          900 16th Street, NW
                                          Washington, DC 20006
                                          Phone: (202) 626-5800
                                          Fax: (202) 626-5801
                                          Email: lortiz@milchev.com

                                          *Counsel for Plaintiffs*

## **LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned counsel certifies that they conferred with opposing counsel about this Motion and Defendants did not consent to the relief sought herein, although they consented to a three-week extension for Plaintiffs to respond to the motions to dismiss.

/s/ William P. Barry
William P. Barry (pro hac vice)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2024, I electronically filed the foregoing with the Clerk of court using CM/ECF system.

/s/ Lisandra Ortiz
Lisandra Ortiz (Bar No. 112108)
*Lead Counsel*