UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MSR MEDIA SKN LTD., et al.

      Plaintiffs,

                        Case No: 8:24-cv-1248-KKM-AAS

LESLIE KHAN, et al.,

      Defendants.

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiffs MSR Media SKN Ltd., MSR Hotels & Co. Ltd., MSR Media International LLC, and Philippe Martinez hereby give notice that the above captioned action is voluntary dismissed without prejudice. None of the Defendants has filed an answer or motion for summary judgment.

                                      Respectfully submitted,

Date:   December 12, 2024      */s/ Lisandra Ortiz*
                                      Lisandra Ortiz (Bar No. 112108)
                                        *Lead Counsel*
                                      Laura Ferguson (*pro hac vice*)
                                      William P. Barry (*pro hac vice*)
                                      Alexandra S. Prime (*pro hac vice*)
                                      Brittany Huamani (*pro hac vice*)
                                      MILLER & CHEVALIER CHARTERED
                                      900 16th Street, NW
                                      Washington, DC 20006
                                      Phone: (202) 626-5800
                                      Email: lortiz@milchev.com

                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 12, 2024, I electronically filed the foregoing with the Clerk of court using CM/ECF system.

                                                  */s/ Lisandra Ortiz*
                                                  Lisandra Ortiz (Bar No. 112108)
                                                         *Lead Counsel*